# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| MARK HENDERSON, ADC #78763 | * * * |
| Plaintiff, | * |
| v. | * |
| | *   No. 5:10-cv-00221-SWW-JJV |
| RAY HOBBS, Director, Arkansas Department of Correction, *et al.,* | * * * |
| Defendants. | * |

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS THEREFORE ORDERED that Defendants Hobbs and May are DISMISSED from this action.

IT IS SO ORDERED this 22nd day of November, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE