# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

| | | |
|---|---|---|
| MARK HENDERSON, <br> ADC #78763 | * <br> * <br> * | |
| Plaintiff | * <br> * | |
| V. | * <br> * | NO: 5:10-CV-00221   SWW/JJV |
| RAY HOBBS, Director, Arkansas <br> Department of Correction, et al. | * <br> * | |
| Defendants | | |

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Joe J. Volpe. After a careful review of the recommendation, the timely objections received, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff's motion for preliminary injunctive relief (docket entry #22) is DENIED.

IT IS SO ORDERED THIS 24th DAY OF JANUARY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE