IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| MARK HENDERSON, | * | |
| ADC #78763 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:10-cv-00221-SWW-JJV |
| RAY HOBBS, Director, Arkansas | * | |
| Department of Correction; *et al.,* | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order, which this Court construes as a Motion for Preliminary Injunctive Relief (Doc. No. 36) is DENIED.

DATED this 4th day of March, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE