## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

| | |
|---|---|
| MARK HENDERSON, ADC #78763, | * * * |
| Plaintiff, | * |
| v. | * |
| | *   No. 5:10-cv-00221-SWW-JJV |
| RAY HOBBS, Director, Arkansas Department of Correction; *et al.,* | * * * |
| Defendants. | * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe (docket entry #83). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition (docket entry #83) should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that

1.  Plaintiff's Motion and Corrected Motion for Injunctive Relief (Doc. Nos. 72, 74) which this Court construes as Motions for Preliminary Injunctive Relief, are DENIED.

DATED this 20th day of September, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE