**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK HENDERSON,                          *
ADC #78763                               *
                                         *
                    Plaintiff,           *
v.                                       *
                                         *       No. 5:10-cv-00221-SWW-JJV
RAY HOBBS, Director, Arkansas            *
Department of Correction; *et al.,*      *
                                         *
                    Defendants.          *

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendants' Motion for Summary Judgment (Doc. No. 75) is GRANTED.

2.      Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

3.      All pending motions are DENIED as moot.

DATED this 23rd day of September, 2011.


                              /s/Susan Webber Wright
                              UNITED STATES DISTRICT JUDGE