## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MARK HENDERSON,                          *
ADC #78763                               *
                                         *
                     Plaintiff,          *
                                         *
v.                                       *
                                         *          No. 5:10-cv-00221-SWW-JJV
RAY HOBBS, Director, Arkansas            *
Department of Correction; *et al.,*      *
                                         *
                     Defendants.         *

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this 23rd day of September, 2011.


                                  /s/Susan Webber Wright
                                  UNITED STATES DISTRICT JUDGE